**Order entered April 21, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01321-CR
### No. 05-19-01563-CR

**DONNIE RAY JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-71725-V & F17-57638-V**

### ORDER

We **REINSTATE** these appeals.

We abated for a hearing on why appellant's brief had not been filed. On April 16, 2020, appellant filed his brief and a motion for extension of time. In the interest of expediting these appeals and because the trial court has not held a hearing, we **VACATE** that portion of our March 3, 2020 order requiring a hearing and findings.

We **GRANT** appellant's motion and **ORDER** the brief filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; to Jeff P. Buchwald; and to the Dallas County District Attorney's Office.

/s/    LANA MYERS
       JUSTICE